OSCAR STARKER, Appellant, v TRUMP VILLAGE SECTION 4, INC., et al., Defendants, and NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents.

Submitted May 13, 2013; decided August 22, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

TOWN OF OYSTER BAY, Appellant, v LIZZA INDUSTRIES, INC., Respondent. (And Other Actions.)

Submitted June 24, 2013; decided August 22, 2013

Motion by Associated General Contractors of New York State, LLC for leave to file a brief amicus curiae on the appeals herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.